FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2021

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to file Brief is hereby GRANTED. Appellee's Brief is due May 3, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2021.

MICHAEL A. CRUZ, Clerk of Court

